UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELL PULLETT,<br><br>　　　Plaintiff,<br><br>vs.<br><br>J. CASTELLANOS, *et al.*,<br><br>　　　Defendants. | Case No. 1:15-cv-00755-RRB<br><br>**ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*** |

　　　Plaintiff Dell Pullett has applied to proceed herein *in forma pauperis*. The application shows that Pullett is unable to pay the costs of these proceedings. Accordingly, the Application to Proceed In Forma Pauperis by a Prisoner filed herein by Plaintiff at **Docket 2** is hereby **GRANTED**.

　　　1. The Director of the California Department of Corrections or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $400.00 has been collected and forwarded to the Clerk of the Court. The payments must be clearly identified by the name and case number assigned to this action.

2. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

3. The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

**IT IS SO ORDERED** this 19th day of June, 2015.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE