UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELL PULLETT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>J. CASTELLANOS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:15-cv-00755-RRB<br><br>**<u>ORDER RE:  MOTION AT DOCKET 18</u>** |

At **Docket 18** Plaintiff Dell Pullett has filed a Motion for In Camera Review requesting that the Court order Defendants to produce certain information: (1) a Crime Incident Report dated May 13, 2013; and (2) the names of the two "John Doe" correctional officers who were working the in Facility-D, Building 5, second-watch on the day of the incident.

At this stage of the proceeding, because no party has appeared upon which such an order can be served, the Court is unable to grant Pullett the relief requested. Furthermore, the information requested is unnecessary for the purposes of complying with the Court's Order directing Plaintiff to file a Second Amended Complaint.[1]

Accordingly, Plaintiff's Motion for In Camera Review at **Docket 18** is **DENIED**.

**IT IS SO ORDERED** this 8th day of December, 2015

　　　　　　　　　　　　　　　　　　　　S/ RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] *See* Dismissal Order, Docket 13, pp. 10–11.